UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-12006-RGS

UHALL BRENNA a/k/a Eugene Flemon

v.

COMMONWEALTH OF MASSACHUSETTS, et al.

MEMORANDUM AND ORDER

October 2, 2019

For the reasons set forth below, Brenna's petition, construed as a request for writ of habeas corpus ad testificandum, is denied.

BACKGROUND

On September 23, 2019, Uhall Brenna ("Brenna"), an inmate in custody under the name Eugene Flemon at the Old Colony Correctional Center, filed a *pro se* pleading entitled "petition for federal writ [of] habeas corpus." *See* Docket No. 1.

Brenna's one-page petition seeks to have this court "issue a writ of habeas corpus to the Superintende[nt] of the Old Colony Correctional Center [ ] to bring to 1 Courthouse Way, Suite 2300, Boston, Mass. scheduled for 9/21/2019." *Id.* The court construes Brenna's petition as a request for writ of habeas corpus ad testificandum. With the petition, Brenna filed an

application to proceed in district court without prepaying fees or costs.  *See* Docket No. 2.

## DISCUSSION

Brenna filed this action seeking to have this court order the warden to bring him to the courthouse on September 21, 2019.  However, this action was not filed until September 23, 2019 and, more importantly, there is no record of a pending matter in this court requiring petitioner's attendance.  Under these circumstances, there is no basis for the issuance of a writ of habeas corpus ad testificandum requiring the warden to produce Brenna at this federal court.

Although *pro se* pleadings are liberally construed, *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), Brenna's petition is subject to dismissal.

## CONCLUSION

Accordingly, the court DISMISSES Brenna's petition and this action is dismissed without prejudice.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE